UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-*50051* |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Conspiracy to Distribute Controlled Substance (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)) |
| CHARLES CLARK, LUIS ANTONIO GONZALEZ MEZA, JAVIER RODRIGUEZ REYNA, ERIK ANAYA, JENNIFER CLARK, JENNIFER CAGLE, MATTHEW FOSTER, MARTIN SHAW, DELAINE MARTINEZ, TIANA ROUNTREE, STEPHEN JORDAN, MASON COLBATH, and CHRISTINA KRUSE, | Possession of Firearm During Drug Trafficking Crime (18 U.S.C. § 924(c)(1)(A)(i)) |
| Defendants. | |

The Grand Jury charges:

## Count I

Beginning on a date unknown but no later than on or about July 2019, and continuing through the date of this Indictment, in the District of South Dakota and elsewhere, the defendants, Charles Clark, Luis Antonio Gonzalez Meza, Javier Rodriguez Reyna, Erik Anaya, Jennifer Clark, Jennifer Cagle, Matthew Foster, Martin Shaw, Delaine Martinez, Tiana Rountree, Stephen Jordan, Mason Colbath, and Christina Kruse knowingly and intentionally combined, conspired, confederated and agreed with each other and other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and to possess with the intent to distribute 500 grams or more of a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).

Count II

On or about between July 2019 and April 2020, in the District of South Dakota, the defendant, Charles Clark, during and in relation to drug trafficking crimes for which he could be prosecuted in a court of the United States, that is, conspiracy to distribute methamphetamine, did possess, and carry a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

A TRUE BILL

**NAME REDACTED**

_____

Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By _____

2